FILED
2024 Dec-20  PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **BRITTANY JEMISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | |
| **AMERICAN HONDA** | ) | **JURY DEMANDED** |
| **MOTOR CO., INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

Brittany Jemison (hereinafter "Plaintiff"), by and through undersigned counsel, files this Complaint against Defendant American Honda Motor Co., Inc. (hereinafter "Defendant") and seeks redress for sex discrimination suffered in her capacity as an employee of Defendant. Defendant has discriminated against Plaintiff on account of her sex and in violation of Title VII of the Civil Rights Act of 1964 and any other causes of action that can be inferred from the facts set forth herein. In support of her Complaint, Plaintiff states as follows:

## PARTIES

1.      Plaintiff is a resident of Calhoun County, Alabama and is over the age of nineteen (19) years.

1

2.   Plaintiff, for all times relevant to this action, was an "employee" of Defendant as defined under Title VII of the Civil Rights Act of 1964.

3.   Defendant is a foreign corporation incorporated under the laws of California, with its principal place of business being in the same. Defendant's registered agent is Corporation Service Company, Inc., which can be served process at 641 South Lawrence Street, Montgomery, AL 36104.

**JURISDICTION AND VENUE**

4.   This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331, because this arises under the laws of the United States, 42 U.S.C. § 12117(a) because the action arises under Title VII of the Civil Rights Act of 1964, as amended.

5.   Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because the unlawful acts took place within Talladega County, Alabama, which lies within the Eastern Division of the United States District Court for the Northern District of Alabama.

**COMPLIANCE WITH JURISDICTIONAL REQUIREMENTS**

6.   Plaintiff has complied with the jurisdictional requirements on to wit: that on or about December 5, 2023, Plaintiff filed a Charge of Discrimination

2

in employment with the Equal Employment Opportunity Commission (hereinafter "EEOC").

7. On September 26, 2024, the EEOC issued Plaintiff a Notification of a Right to Sue, and Plaintiff filed this Complaint within the ninety (90) day deadline. A copy of the notification is attached as "Exhibit A."

## FACTS

8. Plaintiff is a female and a member of a protected class.

9. On or about August 13, 2021, Plaintiff began working for Defendant on the assembly line at Defendant's manufacturing facility in Lincoln, Alabama.

10. Shortly after being hired, Plaintiff was subjected to sexual harassment by her coworker, Andre Williams ("Williams").

11. Plaintiff, attempting to stop the harassment, reported Williams to Defendant's Human Resources Department numerous times.

12. On or around March 11, 2024, Defendant terminated Plaintiff's Employment.

## COUNT I
**VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED, 42 U.S.C. § 2000E ET SEQ.**

**(Hostile Work Environment – Sexual Harassment)**

13. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1-12.

14. Plaintiff is a female and a member of a protected class.

15. After Plaintiff started working, her coworker, Andre Williams, began making sexually charged comments and attempting to solicit sexual acts from Plaintiff. For example, on numerous occasions, Williams would lick his lips in a sexually charged way at Plaintiff.

16. On or around December 2022, Williams made a comment to Plaintiff, in the presence of other coworkers, that his testosterone levels are rising. Upon information and belief, Williams was referring to his testosterone levels in a way that was sexually charged toward Plaintiff.

17. Following Williams' comment, Plaintiff reported Williams to Defendant's Human Resources Department; however, Williams' behavior did not cease.

18. On or around July 2023, Willams approached Plaintiff and asked, "Are you [Plaintiff] ready for me [Williams] to tickle your uterus?"

19. Plaintiff reported Williams' comment to her supervisor, David, because her previous complaint to Defendant's Human Resources Department was never addressed.

20. After reporting the behavior to David, he accompanied Plaintiff to Defendant's Human Resources Department to report Williams.

21. Despite this second report, Williams' behavior did not end, and he continued to make sexually charged comments towards Plaintiff.

22. On or about, September 7, 2023, Defendant constructively terminated Plaintiff's employment by failing to stop Williams harassing behavior.

23. Defendant's conduct violates Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., because it engaged in the practice of a hostile work environment against Plaintiff.

24. Defendant's discriminatory actions against Plaintiff violated Plaintiff's rights under Title VII of the Civil Rights Act of 1964, as amended, intentional, and done with malice and reckless disregard for Plaintiff's rights as guaranteed under the laws of the United States.

25. As a result of Defendant's unlawful discrimination, Plaintiff has suffered and continues to suffer emotional distress, mental anguish, monetary damages, and other damages.

## **JURY DEMAND**

Plaintiff demands a trial by jury on issues alleged in this Complaint.

/s/ *Jon-Kaden Mullen*
D. Jeremy Schatz
Jon-Kaden Mullen
*Attorneys for Plaintiff*

5

**OF COUNSEL:**
Virtus Law Group
2017 Morris Avenue, Ste 100
Birmingham, AL 35203
js@vlgal.com
jm@vlgal.com

### Please Serve Defendants By Certified Mail As Follows:

American Honda Motor Co., Inc
c/o Corporation Service Company, Inc.
641 South Lawrence Street, Montgomery, AL 36104